UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Dwayne Deleston,                                   Civil No. 11-711 (RHK/SER)

      Plaintiff,                              **ORDER**

vs.

Federal Bureau of Prisons,

      Defendant.

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  March 24, 2011

                s/Richard H. Kyle
                RICHARD H. KYLE
                United States District Judge