## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Dwayne Deleston,                                              Civil No. 11-711 (RHK/SER)

          Petitioner,                                            **ORDER**

v.

Federal Bureau of Prisons,

          Respondent.

_____

Having conducted a de novo review of Magistrate Judge Steven E. Rau's March 31, 2011 Report and Recommendation and Petitioner's Objections thereto, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. Petitioner's Objections (Doc. No. 6) are **OVERRULED**;

2. Petitioner's Motion to Amend Pending Application for Habeas Corpus Relief (Doc. No. 7) is **DENIED**;

3. The Report and Recommendation (Doc. No. 3) is **ADOPTED**; and

4. Petitioner's Application for habeas corpus relief under 28 U.S.C. § 2241 (Doc. No. 1) is summarily **DISMISSED** for lack of jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 25, 2011

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge