# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Dwayne Deleston,                                    Civil No. 11-711 (RHK/JJK)

        Petitioner,                              **ORDER**

v.

Federal Bureau of Prisons,

        Respondent.

_____


      Petitioner's Motion for Reconsideration (Doc. No. 10) is **DENIED**.

Dated: May 4, 2011


                          s/Richard H. Kyle_____
                          RICHARD H. KYLE
                          United States District Judge