## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Dwayne Deleston, | Civil No. 11-711 (RHK/SER) |
| Petitioner, | **ORDER** |
| v. | |
| Federal Bureau of Prisons, | |
| Respondent. | |

_____

Petitioner's Motion to Reopen Petitioner's Habeas Corpus  Under Federal Rules and Civil Procedure Rule 60(b)(3) and (4) and (6) (Doc. No. 12) is **DENIED**.

Dated: August 15, 2011

                                                             s/Richard H. Kyle
                                                             RICHARD H. KYLE
                                                             United States District Judge